PHILIP PERAINO, PETITIONER-RESPONDENT, v. FORST-MANN WOOLEN COMPANY, RESPONDENT-PETITIONER.

*Messrs. McCarter & English, Mr. Verling C. Enteman* and *Mr. Andrew S. Polito* for the petitioner.

*Mr. Joseph P. Piscopo* for the respondent.

September 19, 1960. Denied.

ISABELLE COLEMAN, PETITIONER-RESPONDENT, v. ICHABOD T. WILLIAMS & SONS, RESPONDENT-PETITIONER.

*Mr. Edward B. Meredith* for the petitioner.

*Mr. David Roskein* and *Mr. Jacob L. Balk* for the respondent.

September 19, 1960. Denied.